## ORDER

The order of dismissal and the mandate dated March 5, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

**Donna R. FELDER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 04–3137.**

United States Court of Appeals, Federal Circuit.

March 24, 2004.

Donna R. Felder, Jacksonville, FL, for Petitioner.

Lisa B. Donis, Robert E. Kirschman, Jr., David M. Cohen, for Respondent.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ellis SAMS, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 04–3124.**

United States Court of Appeals, Federal Circuit.

March 24, 2004.

Carolyn J. Craig, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Washington, DC, for Respondent.

Ellis Sams, Dublin, GA, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.